In the Matter of Adolf Kobitzeck, an Attorney.— Motion granted. Settle order on notice.

In the Matter of Isadore L. Pascalm, an Attorney.— Motion granted. Settle order on notice.

In the Matter of Abraham B. Schleimer, an Attorney.— See memorandum per curiam.

Herman Feinberg, Appellant, v. Fella Feinberg, sued as " Fella Hochman," Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

C. B. Cottrell & Sons Company, Respondent, v. Ralph C. Seymour, Impleaded with The Goss Printing Press Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward London, Appellant, v. Philip Menschel and Joseph Gropper, Respondents. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Edward London, Appellant, v. Philip Menschel and Joseph Gropper, Respondents. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

Fiss, Doerr & Carroll Horse Company, Respondent, v. Louis Golde and David Cohen, Appellants.— Judgment and orders affirmed, with costs. No opinion.

John Stapleton, Respondent, v. Mazie N. La Shelle, as Executrix, etc., of Kirke La Shelle, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion.

Francesco Latargia, as Administrator, etc., of Domenico Scilaci, Deceased, Respondent, v. Frederick W. Whitridge, as Receiver of Third Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Kathryn O'Reilly, Doing Business under the Name of T. P. Galligan's Sons, Appellant, v. Patrick Gallagher, Respondent, Impleaded with Arcade Realty Company and Others.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Samuel Weinberg, Appellant.— Judgment and order affirmed. No opinion.

F. V. Smith Contracting Company, Respondent, v. The City of New York, Appellant. (No. 2.) — Order affirmed, with costs, on the authority of *Rothenberg* v. *Brooklyn Heights R. R. Co.* (135 App. Div. 151).

Robert N. Cleverdon and Joseph Putzel, Respondents, v. Elizabeth A. Vail, Appellant.— Judgment and order affirmed, with costs. No opinion.

Victor Saracena, Respondent, v. Charlotte Lambrecht and Hencken & Willenbrock Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

Amelia Saracena, Respondent, v. Charlotte Lambrecht and Hencken & Willenbrock Company, Appellants.— Judgment and order affirmed, with costs. No opinion.

Julian Przeczewski, Respondent, v. Joseph Bardsley and William Bardsley, Composing the Firm of Bardsley Brothers, Appellants.— Judgment and order affirmed, with costs. No opinion.

Dora Reynolds, Respondent, v. John B. Ireland, Appellant.— Judgment and order affirmed, with costs. No opinion.